IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTOPHER DENNIS, an individual;

Plaintiff,

vs.

NISHAN TRANSPORT, LLC, a Washington Limited Liability Company; RAJINDER SINGH, an individual; DOES 1 THROUGH X, inclusive; ROE CORPORATIONS 1 THROUGH X, inclusive; and ROE LIMITED LIABILITY COMPANIES, I THROUGH X, inclusive;

Defendants.

**4:25CV3076**

**ORDER**

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **October 12, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;
2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and
3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 10th day of September, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge