IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTOPHER DENNIS, an individual;

Plaintiff,

vs.

NISHAN TRANSPORT, LLC, a Washington Limited Liability Company; RAJINDER SINGH, an individual; DOES 1 THROUGH X, inclusive; ROE CORPORATIONS 1 THROUGH X, inclusive; and ROE LIMITED LIABILITY COMPANIES, I THROUGH X, inclusive;

Defendants.

**4:25CV3076**

**ORDER FOR DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 48). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 9th day of October, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge